# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>  Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*.,<br><br>  Plaintiff,<br><br>v.<br><br>Uma Gajavada<br><br>  Defendant. | Adversary Proceeding<br>Case No. 19- 51046 (BLS) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                              ) ss
COUNTY OF NEW YORK  )

I, Alison Moodie, being duly sworn, depose and state:

1.    I am a Senior Case Manager with Epiq Class Action & Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding. Our business address is 777 Third Avenue, New York, New York 10017.

---

[1]    The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2]    Epiq Class Action & Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

2.     On December 31, 2020, at the direction of Pachulski Stang Ziehl & Jones LLP, Counsel to Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, I caused a true and correct copy of the **Order Assigning Adversary Proceeding to Mediation and Appointing Mediator** [Docket No. 27] to be delivered by first class mail to the following party: *Uma Gajavada, 5600 Deane Ave, Los Angeles CA 90043-2345* (Defendant).

> /s/ Alison Moodie
> Alison Moodie

Sworn to before me this
22th day of January, 2021
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

01:22573094.2