# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Case No. 17-12560 (BLS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, | |
| Plaintiff, | Adv. Proc. No. 19-51046 (BLS) |
| v. | |
| UMA GAJAVADA, | |
| Defendant. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 25, 2021, the undersigned counsel to the Defendant caused a copy of **Defendant's First Set of Document Requests Directed to the Liquidating Trustee** to be served via email on the following counsel of record for Plaintiff:

Bradford J. Sandler
Colin R. Robinson
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19801
bsandler@pszjlaw.com
crobinson@pszjlaw.com

Andrew W. Caine
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, CA 90067
acaine@pszyjw.com

| | |
|---|---|
| Dated: March 25, 2021<br>Wilmington, Delaware | BARNES & THORNBURG LLP<br><br>/s/ Kevin G. Collins<br>Thomas E. Hanson, Jr. (No. 4102)<br>Kevin G. Collins (No. 5149)<br>1000 N. West Street, Suite 1500<br>Wilmington, Delaware 19801<br>Telephone: (302) 300-3434<br>Facsimile: (302) 300-3456<br>Email: thanson@btlaw.com<br>            kcollins@btlaw.com<br><br>*Attorneys for Defendant Uma Gajavada* |